# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Lamar James Crump,

        Petitioner,

v.

Kathy Halvorson,

        Respondent.

Case No. 18-cv-1334 MJD/ECW

**ORDER**

This matter is before the Court on the Report and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated June 10, 2019 [Doc. No. 18] recommending that the matter be dismissed with prejudice. Petitioner objects to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court will ADOPT the Report and Recommendation in its entirety.

1. The petition for a writ of habeas corpus of Petitioner Lamar James Crump [Doc. No. 1] is **DENIED**.

2. Petitioner's requests for discovery, to expand the record, and for an evidentiary hearing is **DENIED**.

3. No Certificate of Appealability shall be issued to Petitioner.

4. That this case is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

DATED: July 30, 2019                         s/ Michael J. Davis
                                             MICHAEL J. DAVIS
                                             United States District Court